**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 07-cr-00197-LTB-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DAVID EISELE,

        Defendant.

_____

**ORDER GRANTING TRAVEL OUTSIDE THE UNITED STATES**
_____

Upon report of the probation officer that the defendant has requested foreign travel and he remains in compliance with the conditions of supervised release, it is

**ORDERED** that defendant, DAVID EISELE, be allowed to travel to Empalmo, Sonora, Mexico from November 12, 2011, through November 21, 2011.

**DATED** at Denver, Colorado, this __17th__ day of October, 2011.

        BY THE COURT:


        ___s/Lewis T. Babcock_____
        Lewis T. Babcock
        Senior United States District Judge