**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 07-cr-00197-LTB-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DAVID EISELE,

        Defendant.

_____

**ORDER GRANTING TRAVEL OUTSIDE THE UNITED STATES**
_____

        Upon report of the probation officer that the defendant has requested foreign travel and he remains in compliance with the conditions of supervised release, it is

        **ORDERED** that defendant, DAVID EISELE, be allowed to travel to San Carlos, Sonora, Mexico from December 27, 2012, through January 2, 2013.

        **DATED** at Denver, Colorado, this __12th__ day of December, 2012.

        BY THE COURT:

        ___s/Lewis T. Babcock_____
        Lewis T. Babcock
        Senior United States District Judge